[No. 15074–0–I.  Division One.  August 4, 1986.]

*In the Matter of the Estate of*
DONALD A. SIGURDSON.

BETTY SIGURDSON, *Appellant,* v. ANNA CHESTER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–4–03908–5, Gary M. Little, J., entered July 16, 1984. *Reversed* and *remanded* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Coleman, JJ.

[No. 14418–9–I.  Division One.  August 4, 1986.]

LYNNE COOK, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–18411–1, Frank D. Howard, J., entered February 10, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Grosse and Webster, JJ.

[No. 15915–1–I.  Division One.  August 4, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
JAMES HARKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02044–6, Jerome M. Johnson, J., entered December 20, 1984. *Reversed* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.